## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 15th day of September, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manners indicated.

**VIA U.S. MAIL**

Worcester Truck Body Inc
Attn: Richard Dufault, President
5 Cold Spring Drive
Grafton, MA 01519

Worcester Truck Body Inc
Doris Dufault, Treasurer
5 Cold Spring Drive
Grafton, MA 01519

Worcester Truck Body Inc
William Sharp, President
Richard Sharp, VP Finance
323 SW Cutoff
Worcester, MA 01604-2713

_____
Mary E. Augustine, Esq. (No. 4477)

600539v1